**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE BOARDS OF TRUSTEES FOR THE CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON AND FOR THE GROUP INVESTMENT TRUST OF THE CARPENTERS INDIVIDUAL ACCOUNT PENSION TRUST OF WESTERN WASHINGTON AND CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC,<br><br>　　　　　　　Defendant. | Case No. 20 Civ. 9479 (KPF) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiffs the Boards of Trustees for the Carpenters Health and Security Trust of Western Washington and for the Group Investment Trust of the Carpenters Individual Account Pension Trust of Western Washington and for the Carpenters Health and Security Plan of Western Washington, the Carpenters of Western Washington Individual Account Pension Plan, and the Carpenters Retirement Trust of Western Washington (collectively, "Plaintiffs"), and Defendant Allianz Global Investors U.S. LLC have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action"); and

WHEREAS, Allianz Global Investors U.S. Holdings LLC, Allianz SE, Allianz Asset Management GmbH, Allianz of America, Inc., Allianz Asset Management of America Holdings Inc., Allianz Asset Management of America LLC, Allianz Asset Management of America LP, and PFP Holdings Inc. (collectively, the "Affiliate Defendants") were previously dismissed from the Action without prejudice, and Plaintiffs and Defendant agree that the prior dismissal of the Affiliate Defendants should be converted into one with prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), the Action and all claims asserted herein against all past and present defendants shall be, and hereby are, dismissed with prejudice, with each party to bear its own costs.

Dated: February 28, 2022
   New York, New York

| | |
|---|---|
| Hannah Ross | Robert J. Giuffra, Jr. |
| Avi Josefson | Stephanie G. Wheeler |
| James A. Harrod | Kathleen S. McArthur |
| Michael D. Blatchley | Ann-Elizabeth Ostrager |
| BERNSTEIN LITOWITZ BERGER | Jacob M. Croke |
|   & GROSSMANN LLP | Hilary M. Williams |
| 1251 Avenue of the Americas | SULLIVAN & CROMWELL LLP |

<div style="display: flex;">
<div style="width: 50%;">

New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Counsel for Plaintiffs The Boards of Trustees for the Carpenters Health and Security Trust of Western Washington and Group Investment Trust of the Carpenters Individual Account Pension Trust of Western Washington and the Carpenters Retirement Trust of Western Washington and for the Carpenters Health and Security Plan of Western Washington, the Carpenters of Western Washington Individual Account Pension Plan, and the Carpenters Retirement Plan of Western Washington*

</div>
<div style="width: 50%;">

125 Broad Street
New York, New York 10004-2468
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendant Allianz Global Investors U.S. LLC and the Affiliate Defendants*

/s/ Robert A. Skinner

Robert A. Skinner
Amy D. Roy
Mary Elizabeth Brust
William T. Davison
Cole A. Goodman
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Co-Counsel for Defendant Allianz Global Investors U.S. LLC*

</div>
</div>

3